**Kevin H. SLAUGHTER,
Plaintiff–Appellant,**

**v.**

**HUTCHINSON, Warden; Lieutenant Ford; Officer Thomas, Defendants–Appellees.**

No. 02–6146.

United States Court of Appeals,
Fourth Circuit.

Submitted April 18, 2002.

Decided April 26, 2002.

Kevin H. Slaughter, Appellant Pro Se. John Joseph Curran, Jr., Attorney Gener-

**116**

al, Stephanie Judith Lane–Weber, Assistant Attorney General, Baltimore, Maryland, for Appellees.

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Kevin H. Slaughter appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Slaughter v. Hutchinson,* No. CA–01–1081–AW (D.Md. Dec. 26, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*